# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

THOR D. PERRY,

        Petitioner

        v.

ERIE COUNTY, WARDEN JAMES VESHECCO, JASON H. WORCESTER, AND CLIFFORD J. PALMER,

        Respondents

: No. 427 WAL 2017
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.